UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BILL WISSER,

                Plaintiff,

-against-

PROJECT EXPEDITERS CONSULTING CORP.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/21/2020_

20 Civ. 2210 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff's motion to adjourn the initial pretrial conference, ECF No. 10, is GRANTED. The initial pretrial conference scheduled for May 27, 2020, is ADJOURNED to **June 29, 2020**, at **11:40 a.m.** The conference shall proceed telephonically. The parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827. By **June 22, 2020**, the parties shall file their joint letter and proposed case management plan.

    The Clerk of Court is directed to terminate the motion at ECF No. 10.

    SO ORDERED.

Dated: May 21, 2020
       New York, New York

ANALISA TORRES
United States District Judge