USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BILL WISSER,

                Plaintiff,

-against-

PROJECT EXPEDITERS CONSULTING CORP.,

                Defendant.

20 Civ. 2210 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 19, 2020, Plaintiff moved by order to show cause for default judgment against Defendant. ECF No. 12. In support, Plaintiff submitted an affidavit with accompanying exhibits, a statement of damages, and a proposed default judgment (the "Supporting Papers"). ECF Nos. 13–16. Accordingly, it is hereby ORDERED that:

1. On **October 26, 2020** at **11:20 a.m.** in Courtroom 15D, 500 Pearl Street, New York, New York, 10007, Defendant shall appear to show cause why the Court should not enter a default judgment against it pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. Plaintiff shall also appear.

2. By **July 22, 2020**, Plaintiff shall serve copies of this Order to Show Cause and the Supporting Papers at ECF Nos. 13–16 by personal service.

3. By **July 24, 2020**, Plaintiff shall file on the docket (1) proof of service, and (2) the Supporting Papers that were served upon Defendant (as an attachment to the proof of service).

4. By **August 22, 2020**, Defendant shall respond to Plaintiff's motion.

5. By **August 31, 2020**, Plaintiff shall submit his reply, if any.

The initial pretrial conference scheduled for June 29, 2020, is ADJOURNED *sine die.*

SO ORDERED.

Dated: June 24, 2020
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge