UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BILL WISSER,<br><br>         Plaintiff,<br><br> - against -<br><br>PROJECT EXPEDITERS CONSULTING CORP.<br><br>         Defendant. | Docket No. 1:20-cv-2210-AT<br><br>**NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))** |

  IT IS HEREBY NOTICED, that the above case has settled and should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

<u>/s/Richard Liebowitz</u>
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: <u>September 4, 2020</u>

*Attorneys for Plaintiff Bill Wisser*